**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**TEXARKANA DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **V.** | § | **CASE NO. 5:94-cr-00003-RWS-JBB-1** |
| | § | |
| **TIMOTHY EARL NORRIS** | § | |

**MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

The above-entitled and numbered criminal action was heretofore referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636. The Report of the Magistrate Judge which contains his proposed findings of fact and recommendations for the disposition of such action has been presented for consideration. With Defendant having waived allocution before the Court as well as his right to object to the Report of the Magistrate Judge, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. It is therefore

**ORDERED** that the Report and Recommendation of the United States Magistrate Judge (Docket No. 144) is **ADOPTED** as the opinion of the Court. It is further

**ORDERED** that Defendant's plea of true to the allegations contained in the petition (Docket No. 131) is **ACCEPTED**. It is further

**ORDERED** that Defendant's supervised release is **REVOKED**. It is further

**ORDERED** that Defendant is committed to the custody of the Bureau of Prisons to be imprisoned for a term of ten (10) months, to be served consecutively to the sentence just received in Case No. 5:25-CR-00032-RWS-JBB-1, with no term of supervised release to follow said term of imprisonment.[1]

---

[1] While the sentence recommended in the Report of the Magistrate Judge does not include a term of supervised release following the 10-month term of imprisonment, the sentence given in Case

The Court will enter judgment forthwith.

**So ORDERED and SIGNED this 6th day of October, 2026.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE

---

No. 5:25-CR-00032-RWS-JBB-1 includes a 5-year term of supervised release to follow the 18-month term of imprisonment.